IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DOMINIQUE NEKIA DAVIS
Individually, and DARYL JOHNSON
Individually,

   CASE NO.:
   DIVISION: CIVIL

  Plaintiffs,

vs.

UNITED STATES OF AMERICA, d/b/a
UNITED STATES POSTAL SERVICES,

  Defendant.
_____/

## COMPLAINT FOR DAMAGES

  COMES NOW the Plaintiffs, DOMINIQUE NEKIA DAVIS, individually, and DARYL JOHNSON, individually, by and through their undersigned counsel and sue the Defendant, UNITED STATES OF AMERICA, d/b/a UNITED STATES POSTAL SERVICES, and pursuant to the Federal Tort Claims Act, would allege as follows:

## JURISDICTION AND VENUE

1.  This is an action for damages that exceed One Hundred Thousand Dollars ($100,000.00) in value, exclusive of interests, costs, and attorney's fees.

2.  That at all times material hereto, the Plaintiff DOMINIQUE NEKIA DAVIS, hereinafter referred to as DAVIS was a resident of Tallahassee, Leon County, Florida.

3.  That at all times material hereto, the Plaintiff, DARYL JOHNSON, hereinafter referred to as JOHNSON was a resident of Tallahassee, Florida, in Leon County, Florida.

4.  That at all times material and relevant hereto, the Defendants UNITED STATES OF AMERICA and UNITED STATES POSTAL SERVICE, hereinafter referred to as USPS,

operated in Leon County, Florida.

5.     This cause of action occurred in Tallahassee, Leon County, Florida.

## GENERAL STATEMENT OF FACTS

6.     Plaintiff, DAVIS and JOHNSON, individually, readopt and reallege paragraphs one (1) through five (5) and would further allege:

7.     On or about May 27, 2019, the Plaintiff, JOHNSON, was the driver and Plaintiff, DAVIS, was a passenger in a vehicle traveling North on Ridge Road in Tallahassee, Florida. Defendant, USPS, and/or its insured employee driver was also traveling North on Ridge Road in front of the vehicle in which Plaintiffs were riding. At that time, Defendant USPS, and/or its insured employee, partially pulled off the road and parked onto the side of the road. Defendant USPS and/or its insured employee then pulled off the road, turned on his hazard lights as if to indicate that he would not be moving immediately. Plaintiff JOHNSON, waiting approximately 1-2 minutes, then proceeded to move/drive around the USPS truck. Plaintiff's vehicle proceeded to travel along Ridge Road, making sure that the roadway was clear. Defendant USPS and/or its insured employee without checking behind or beside his vehicle, thereby not giving any forethought or concern to traffic to the left of his vehicle, pulled onto the roadway ultimately crashing into the right front passenger side of the Plaintiff's vehicle causing bodily injuries to Plaintiffs DAVIS and JOHNSON.

8.     As a result of the Defendant USPS and/or its insured employee not maintaining control over his vehicle, and his otherwise negligent and careless operation of his vehicle, Defendant USPS and/or its insured employee vehicle collided with the right passenger side of the vehicle causing the Plaintiffs to be thrown from side to side.

9.     At the time of impact, both the Plaintiffs DAVIS and JOHNSON were wearing full lap

restraints, and seated upright. Upon this unexpected crash, all Plaintiffs could do was absorb the energy from the crash.

10. As a result of the above-mentioned crash caused by Defendant's negligence and careless operation of his vehicle, Plaintiffs DAVIS and JOHNSON were caused severe bodily injuries.

11. Defendant USPS and/or its insured employee negligently and carelessly operated his vehicle by failing to yield to traffic as well as failing to maintain control over his vehicle and otherwise operating the vehicle in a negligent and reckless manner.

12. Additionally, Plaintiffs DAVIS and JOHNSON, as a result of this crash suffered serious bodily injuries, resulting in pain and suffering, medical expenses, future wage loss, disability, mental anguish, and loss of capacity for the enjoyment of life. The losses are either permanent or continuing in their nature and Plaintiff DAVIS will suffer the losses in the future.

WHEREFORE, Plaintiffs DOMINIQUE NEKIA DAVIS and DARYL JOHNSON demand judgment against Defendant USPS and/or its insured employee as follows:

    A. General damages;

    B. All medical, dental (if applicable), and incidental expenses;

    C. Pain and suffering, bodily injury, and loss of capacity to enjoy life, past, present, and future;

    D. Loss of earnings;

    E. Cost of suit incurred in connection with this action;

    F. Reasonable attorney's fees and costs in connection with this action (if applicable); and

    G. For any such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs' demand a trial by jury of all issues so triable as a matter of right.

DATED this 10th day of May, 2022.

*[signature]*

CRAIG J. BROWN, ESQUIRE
FBN: 1028117
The Law Offices of Craig J. Brown, P.A.
2344 Hansen Lane, Unit 2
Tallahassee, FL 32301
(850) 580-1529 Telephone
(850) 580-2529 Facsimile
cbrown@cjb-law.com